IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWANK ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED FIRE AND CASUALTY COMPANY (d/b/a UNITED FIRE GROUP) and John Does 1-10, <br><br> Defendants. | CV 19-179-M-DWM <br><br><br> JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant United Fire and Casualty Company (d/b/a United Fire Group) in accordance with the Court's Order dated April 7, 2020, (Doc. 19).

Dated this 7th day of April, 2020.



TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk